THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GURDEEP S. BOPARAI, | CASE NO. C25-1788-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFEWAY, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and order for dismissal (Dkt. No. 13). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation is self-executing and this action is DISMISSED with prejudice and without costs or fees to any party. The Clerk is DIRECTED to close this case.

DATED this 2nd day of January 2026.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C25-1788-JCC
PAGE - 1